# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ALGASSIMU JAH,

      Petitioner,

v.                                CASE NO.  4:11cv370-RH/WCS

ERIC H. HOLDER et al.,

      Respondents.

_____/

## ORDER DENYING PETITION

      This case is before the court on the magistrate judge's report and recommendation, ECF No. 21, and the objections, ECF No. 22.  I have reviewed *de novo* the issues raised by the objections.

      The report and recommendation is correct and is adopted as the court's opinion.  In the objections, the petitioner seems to assert that the removal order itself was improper or should be set aside.  A district court lacks jurisdiction to set aside a removal order.  The only issue here is the petitioner's continued detention. The detention is proper, as set out in the report and recommendation.

      Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is denied."  The clerk must close the file.

SO ORDERED on January 6, 2012.

s/Robert L. Hinkle
United States District Judge